# United States District Court

**EASTERN** DISTRICT OF **TENNESSE**

HAROLD D. SWORDS, JR.,	JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,	CASE NUMBER: 3:10-cv-317
Commissioner of Social Security

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

|  |  |
|---|---|
| March 23, 2011 | Patricia L. McNutt, Clerk |
| Date |  |
|  | By   s/ A. Brush |
|  | Deputy Clerk |